

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**SHARI CLAIRE LEWIS**
PARTNER
(516) 357-3292
shari.lewis@rivkin.com

May 20, 2021

**VIA ECF**
United States District Court
Eastern District of New York
225 Cadman Plaza E
Brooklyn, New York  11201

Attention:  Hon. Judge Carol Bagley Amon, U.S.D.J

    Re:  *Brody v. Berkshire Hathaway, et al.*
          <u>Case: 1:21-cv-02481-CBA-RML</u>

Dear Hon. Judge Amon:

We are counsel for defendant, Government Employees Insurance Company ("GEICO") in *Brody v. Bershire Hathaway, et al,* ("*Brody"*) which is before you, and in related cases, *Mirvis v. Berkshire Hathaway, Inc. et al,* 1:21-cv-2210-KAM-RLM ("*Mirvis"*) and *Viscardi v. Government Employees Insurance Company, et al*, 2:21-cv-02540-KAM-JMW, which are before Hon. Judge Kiyo A. Matsumoto. All three suits assert the same or substantially similar putative class action claims concerning the same alleged data breach by GEICO.  Indeed, the *Brody* plaintiff identified *Mirvis* as a related case in their civil cover sheet (ECF Nos. 1 and 2).  Based upon my conversation with counsel, Gary Graifman, Esq., we do not anticipate that plaintiff will dispute that *Brody* should be handled with the other cases.

At a May 19, 2021 conference with Judge Matsumoto, she suggested that we send this letter application to request that *Brody* be transferred to her for future handling. Judge Matsumoto also authorized us to advise you that she will accept the transfer if you send it to her.

We are available to answer any questions at the Court's convenience.

                    Very truly yours,

                    Rivkin Radler LLP

                    *Shari Claire Lewis*

                    Shari Claire Lewis

SCL/ep

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000 F 518.462.4199

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777

RIVKIN RADLER  LLP

May 20, 2021
Page 2

cc: All Counsel (via ECF)
    Hon. Judge Matsumoto (via ECF in *Mirvis*)

5281542.v1