

Clyde & Co US LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: +1 212 710 3900
Facsimile: +1 212 710 3950
www.clydeco.com

May 21, 2021

**BY ECF**

The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Chambers: Room S905
Courtroom: 6C South

**Re:** *Alexander Mirvis, et al. v. Berkshire Hathaway Inc. and Government Employees Insurance Company (a/k/a GEICO)*, **No. 21 Civ. 2210 (KAM)(RLM)**

Dear Judge Matsumoto:

We represent Berkshire Hathaway Inc. in the referenced action. Pursuant to the Court's May 19 Order following the pre-motion conference of that same date, we write to confirm that Berkshire Hathaway Inc. agrees to submit an affidavit stating that Berkshire Hathaway Inc. has no contacts with the State of New York, is not an insurance company, and is not in any way involved in GEICO's day-to-day operations, including the issuance of insurance policies and data management.

It is our understanding that, upon submission of this affidavit, as well as a conforming affidavit from GEICO, Plaintiffs will voluntarily dismiss their claims against Berkshire Hathaway Inc. and the caption will be modified accordingly.

We look forward to confirmation that our understanding of this agreement is correct, whereupon Berkshire Hathaway Inc. will be prepared to submit the affidavit by May 27, 2021.

Respectfully submitted,

Michael Knoerzer

Copy to counsel of record (via ECF)

Clyde & Co US LLP is a Delaware limited liability partnership with offices in
Atlanta, Chicago, Los Angeles, Miami, New Jersey, New York, Orange County, San Francisco and Washington D.C.
Clyde & Co US LLP is affiliated with Clyde & Co LLP, a limited liability partnership registered in England and Wales.