*Bank of America Tower*
*50 N. Laura Street, Suite 2600*
*Jacksonville, Florida 32202*
*Tel: 904 598-6100*
*www.sgrlaw.com*

SMITH, GAMBRELL & RUSSELL, LLP
*Attorneys at Law*

May 27, 2021

**BY ECF**
The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Chambers: Room S905
Courtroom: 6C South

Re:     ***Alexander Mirvis, et al. v. Berkshire Hathaway Inc. and Government Employees
        Insurance Company (a/k/a GEICO)*, No. 21 Civ. 2210 (KAM)(RLM)**

Dear Judge Matsumoto:

        We represent Government Employees Insurance Company ("GEICO") in the above
referenced action. Further to our letter of May 21, 2021 and pursuant to the Court's May 19, 2021
Order following the pre-motion conference on the same date, annexed hereto is the Affidavit of
John Pham, Senior Vice President of GEICO.

                                        Sincerely,
                                        Smith, Gambrell & Russell, LLP
                                        *John P. Marino*
                                        John P. Marino, *pro hac vice*

Copy to counsel of record (via ECF)



Atlanta | Austin | Jacksonville | London | Los Angeles | Miami | New York | Southampton | Washington, D.C.

1" = "1" "SGR/24911207.1" "" SGR/24911207.15283388.v2