UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ALEXANDER MIRVIS, BETTY BUTLER and LAINIE
FROEHLICH, individually and on behalf of others          21 Civ. 2210 (KAM) (RLM)
similarly situated,

                              Plaintiffs,

    -against-

BERKSHIRE HATHAWAY, INC. and GOVERNMENT
EMPLOYEES INSURANCE COMPANY (a/k/a GEICO),

                              Defendants.
------------------------------------------------------------------------X

## NOTICE OF PARTIAL VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiffs, on behalf of themselves and others similarly situated, hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against defendant BERKSHIRE HATHAWAY, INC. only.

Dated: Brooklyn, New York
       May 28, 2021

     */s/ Philip Hines*
     Philip M. Hines, Esq.
     HELD & HINES, LLP
     2004 Ralph Avenue
     Brooklyn, New York 11234
     (718) 531-9700
     phines@heldhines.com
     *Attorneys for Plaintiffs*