

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

**SHARI CLAIRE LEWIS**
PARTNER
(516) 357-3292
shari.lewis@rivkin.com

November 3, 2021

**VIA ECF**
United States District Court
Eastern District of New York
225 Cadman Plaza E
Brooklyn, New York 11201

Attention: Hon. Magistrate Judge Peggy Kuo, U.S.M.J.

Re:   *Connelly et. al. v. Government Employees Insurance Company et.al.* 1:21-cv-06091-EK-PK
      Related Acton: *In Re GEICO Consumer Data Breach Litigation,* 1:21-cv-2210-KAM-RLM

Dear Hon. Judge Kuo:

We are counsel for the GEICO defendants ("GEICO") in the above-mentioned matter, *Connelly et. al. v. Government Employees Insurance Company et.al.* 1:21-cv-06091-EK-PK ("*Connelly*") and in *In Re GEICO Consumer Data Breach Litigation,* 1:22-cv-2210-KAM-RLM. *Connelly* was recently transferred from the District Court of Maryland and assigned to this Part. See *Connelly,* ECF Docket No. 26. We request that *Connelly* be reassigned and transferred to Hon. Judge Kiyo Matsumoto, who is currently presiding in *In Re GEICO Consumer Data Breach Litigation*.

*Connelly* was transferred to the Eastern District of New York, pursuant to 28 U.S.C. 1404(a), because it asserts the same or substantially similar putative class action claims concerning the same alleged data breach by GEICO as those asserted in the individual Eastern District of New York cases that have since been consolidated as *In Re GEICO Consumer Data Breach Litigation.* Accordingly, it is requested that *Connelly* likewise be transferred to Judge Matsumoto as a related matter and likely be consolidated.

We are available to answer any questions at the Court's convenience.

Very truly yours,

Rivkin Radler LLP

*Shari Claire Lewis*
Shari Claire Lewis

66 South Pearl Street, 11th Floor      25 Main Street                    477 Madison Avenue           2649 South Road
Albany, NY 12207-1533                  Court Plaza North, Suite 501      New York, NY 10022-5843      Poughkeepsie, NY 12601-6843
T 518.462.3000 F 518.462.4199          Hackensack, NJ 07601-7082         T 212.455.9555 F 212.687.9044  T 845.473.8100 F 845.473.8777
                                       T 201.287.2460 F 201.489.0495

**RIVKIN RADLER** LLP

Hon. Judge Peggy Kuo
United States District Court
Eastern District of New York
November 3, 2021
Page 2

cc: All Counsel (via ECF)

    Hon. Judge Matsumoto, U.S.D.J.
    (via ECF in *In Re GEICO Consumer Data Breach Litigation*)

5568141.v1