

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**BRIAN L. BANK**
PARTNER
(516) 357-3516
brian.bank@rivkin.com

November 12, 2025

**VIA ECF**

Hon. Sanket J. Bulsara
United States District Court
Eastern District of New York
255 Cadman Plaza
Brooklyn, New York

      Re:    *In re GEICO Customer Data Breach Litigation*
              *No. 21-CV-2210 (KAM/SJB)*
              Confirmation of Service - Defendants' Consolidated Opposition to Plaintiffs'
              Motion for Class Certification and Motions to Exclude Plaintiffs' Experts

Dear Counsel:

Pursuant to Judge Bulsara's Individual Practices and the briefing schedule and scheduling order entered on May 5, 2025 and subsequent order entered on November 4, 2025, ShareLink information has been provided to you serving the following documents in support of Defendants' Consolidated Brief in Opposition to Plaintiffs' Motion for Class Certification and in Support of the Motion to Exclude and Strike Plaintiffs' Proposed Experts:

1. Defendants' Consolidated Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification and in Support of the Motion to Exclude and Strike Plaintiffs' Proposed Experts
2. Declaration of Amanda Griner in Support of Defendants' Consolidated Opposition to Plaintiffs' Motion for Class Certification and Motions to Exclude Plaintiffs' Experts
3. Exhibits A - HH
4. Expert Report of Dr. Jennifer Vanderhart
5. Expert Reports of Dr. Eric Cole
6. Expert Report of Dr. Sam Malek
7. Expert Reports of Keith Wojcieszek

66 South Pearl Street, 11th Floor    25 Main Street    1301 Riverplace Boulevard    477 Madison Avenue    2649 South Road
Albany, NY 12207-1533    Court Plaza North, Suite 501    Jacksonville, FL 32207-9047    New York, NY 10022-5843    Poughkeepsie, NY 12601-6843
T 518.462.3000 F 518.462.4199    Hackensack, NJ 07601-7082    T 904.792.8925 F 904.467.3461    T 212.455.9555 F 212.687.9044    T 845.473.8100 F 845.473.8777
    T 201.287.2460 F 201.489.0495

RIVKIN RADLER  LLP

Hon. Sanket J. Bulsara
United States District Court
Eastern District of New York
November 12, 2025
Page 2


A copy of this letter will be filed electronically.

Very truly yours,

/s/Brian Bank
Brian Bank

RIVKIN RADLER LLP
John Marino, Esq. (*pro hac vice*)
Kristen Wenger, Esq. (*pro hac vice*)
-and-
Amanda Griner, Esq.
Brian Bank, Esq.

*Counsel for Defendants*

cc: All counsel of Record (by ECF)

4892-8145-6518, v. 2

2