# AHDOOT WOLFSON
ATTORNEYS

January 20, 2026

**VIA ECF**
Hon. Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *In re: GEICO Data Breach Class Action Litig.*, No. 1:21-cv-02210 (SJB)
             Joint Request for an Extension of Case Deadlines

Dear Judge Bulsara:

The parties write jointly to respectfully request a two-week extension of the deadlines in this case.

On November 12, 2025, GEICO served its class certification opposition, expert reports, and *Daubert* motions. *See* ECF No. 154. On January 5, 2026, GEICO informed Plaintiffs that it had overlooked certain discovery and wished to modify its class certification opposition brief. On January 7, 2026, Plaintiffs learned that one of GEICO's expert reports contained incorrect source code citations, which required hard-copy production and delayed Plaintiffs' ability to depose that expert.

Plaintiffs agreed to GEICO's proposed amendments to its class certification brief, on the condition that additional time be provided for Plaintiffs' responsive briefing. Plaintiffs also reserve their rights to request additional time, oppose, or seek other relief if further issues, or further requests to modify GEICO's November 12, 2025, submission, arise.

Accordingly, the parties seek to extend the deadlines for class certification and expert reports, as follows:

    Plaintiffs' Reply to Defendants' Opposition to Class Certification, Daubert Motion as to Defendants' experts, Opposition to Defendants' Daubert Motion, and Rebuttal Expert Reports: **February 26, 2026**

    Defendants' Opposition to Plaintiffs' Daubert Motion and Reply to Plaintiffs' Opposition to Defendants' Daubert Motion: **March 13, 2026.**

    Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Daubert Motion: **March 30, 2026.**

If granted, this would be the tenth extension of deadlines in the Parties' Revised Rule 26(f) Report (ECF No. 107).

*In re: GEICO Data Breach Class Action Litig.*
No. 1:21-cv-02210 (SJB)

Respectfully submitted,

/s/ Kristen L. Wenger
Kristen L. Wenger (admitted *pro hac vice*)
**RIVKIN RADLER LLP**
1301 Riverplace Blvd., 10th Floor
Jacksonville, FL 32207-9047
Telephone: (904) 792-8925
Facsimile: (904) 467-3461
kristen.wenger@rivkin.com

Brian L. Bank
**RIVKIN RADLER LLP**
926 RXR Plaza
Uniondale, NY 11556-0926
Telephone: (516) 357-3000
Facsimile: (516) 357-3333
brian.bank@rivkin.com

*Counsel for the GEICO Defendants*

/s/ Melissa Clark
Melissa R. Clark
**AHDOOT & WOLFSON, PC**
521 5th Avenue, 17th Floor
New York, NY 10175
Telephone: (917) 336-0171
Facsimile: (917) 336-0177
mclark@ahdootwolfson.com

**BERGER MONTAGUE P.C.**
E. Michelle Drake*
Joseph C. Hashmall*
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Telephone: (612) 594-5999
Facsimile: (612) 584-4470
emdrake@bm.net
jhashmall@bm.net

Mark DeSanto*
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
mdesanto@bm.net

Zachary M. Vaughan
1001 G. Street, Suite 400 East
Washington, DC 20001
Telephone: (202) 559-9740
Facsimile: (215) 875-4604
zvaughan@bm.net

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Karen Hanson Riebel*
Kate M. Baxter-Kauf*
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
khriebel@locklaw.com
kmbaxter-kauf@locklaw.com

*Counsel for Plaintiffs and the Proposed Class*

*\*Admitted Pro Hac Vice*