

**ZACHARY M. VAUGHAN** / *SENIOR COUNSEL*
d 215.875.4602 | zvaughan@bm.net

February 26, 2026

**VIA EMAIL**

Kristen L. Wenger
Rivkin Radler LLP
1301 Riverplace Blvd., 10th Fl.
Jacksonville, FL 32207

Re:   *In re GEICO Customer Data Breach Litig.*, No. 1:21-cv-02210-SJB (E.D.N.Y.)

Dear Kristen:

Pursuant to Judge Bulsara's Individual Practices and the scheduling order entered on January 22, 2026, an iManage Share link is being emailed to you serving the following documents in connection with Plaintiffs' Consolidated Memorandum of Law in Further Support of their Motion for Class Certification, in Opposition to GEICO's Motions to Exclude and in Support of Plaintiffs' Motions to Exclude, and Rebuttal Expert Reports:

1. Plaintiffs' Consolidated Memorandum of Law in Further Support of their Motion for Class Certification, in Opposition to GEICO's Motions to Exclude, and in Support of Plaintiffs' Motions to Exclude;
2. Declaration of Zachary M. Vaughan and Exhibits 92–113 thereto;
3. Rebuttal Report of Mark A. Cohen, Ph.D.;
4. Rebuttal Report of Matthew K. O'Neill;
5. Rebuttal Report of Matthew Strebe; and
6. Rebuttal Report of William C. Easttom II, Ph.D., D.Sc.

A copy of this letter is being filed via CM/ECF, without enclosures.

Sincerely,

Zachary M. Vaughan

Encl.

cc:    All Counsel of Record (via email & CM/ECF)

1001 G STREET, NW, SUITE 400 EAST
WASHINGTON, DC 20001
202.559.9740 | **BERGERMONTAGUE.COM**