

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**KRISTEN L. WENGER**
PARTNER
(516) 357-3402
kristen.wenger@rivkin.com

March 23, 2026

**VIA EMAIL AND ECF**

Zachary Vaughan
Berger Montague
1001 G Street, NW, Suite 400 East
Washington, D.C. 20001

      Re:    *In re GEICO Customer Data Breach Litigation*
              *No. 21-CV-2210 (KAM/SJB)*
              Confirmation of Service - Defendants' Consolidated Reply to Plaintiffs' Opposition to GEICO's Motion to Exclude under Fed. R. Evid. 702 and Opposition to Plaintiffs' Motion to Exclude under Fed. R. Evid. 702

Dear Counsel:

      Pursuant to Judge Bulsara's Individual Practices and the briefing schedule and scheduling order entered on March 13, 2026, an email is being sent to you serving the following documents: Defendants' Consolidated Reply to Plaintiffs' Opposition to GEICO's Motions to Exclude under Fed. R. Evid. 702 and Opposition to Plaintiffs' Motion to Exclude under Fed. R. Evid. 702.

A copy of this letter will be filed electronically.

              Very truly yours,

              */s/ Kristen L. Wenger*
              Kristen L. Wenger

              RIVKIN RADLER LLP
              John Marino, Esq. (*pro hac vice*)
              Kristen Wenger, Esq. (*pro hac vice*)
              Amanda Griner, Esq.
              Brian Bank, Esq.
               *Counsel for Defendants*

cc: All counsel of Record (by ECF)