

**ZACHARY M. VAUGHAN** / *SENIOR COUNSEL*
d 215.875.4602 | zvaughan@bm.net

April 16, 2026

**VIA EMAIL**

Kristen L. Wenger
Rivkin Radler LLP
1301 Riverplace Blvd., 10th Fl.
Jacksonville, FL 32207

**Re:    *In re GEICO Customer Data Breach Litig.*, No. 1:21-cv-02210-SJB (E.D.N.Y.)**

Dear Kristen:

Pursuant to Judge Bulsara's Individual Practices and his orders dated January 22, 2026, and April 16, 2026, enclosed and served upon you please find *Plaintiffs' Reply in Further Support of Their Motions to Exclude under Fed. R. Evid. 702*.

A copy of this letter is being filed via CM/ECF, without enclosures.

Sincerely,

Zachary M. Vaughan

Encl.

cc:    All Counsel of Record (via email & CM/ECF)

1001 G STREET, NW, SUITE 400 EAST
WASHINGTON, DC 20001
202.559.9740 | *BERGERMONTAGUE.COM*