AHDOOT WOLFSON
ATTORNEYS

November 6, 2026

**VIA ECF**
Hon. Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *In re GEICO Data Breach Class Action Litig.*, No. 1:21-cv-02210 (SJB)
Request for Extension of Expert Deposition Deadline

Dear Judge Bulsara:

The parties write jointly to respectfully request an extension of the November 27, 2026, deadline for expert depositions. *See* ECF No. 173 (9/11/2026 Letter Motion) and 9/22/2026 Text Order.

GEICO's new expert has limited availability in November, and the two days offered for his deposition did not align with Plaintiffs' counsel's availability.

Accordingly, the parties request that the deadline for expert depositions be extended to December 9, 2026, a date that works for GEICO's expert and for the parties' counsel.[1]

If granted, this would be the second extension of deadlines in the Court's August 13, 2026, scheduling order.

Respectfully submitted,

/s/ Kristen L. Wenger
Kristen L. Wenger (admitted *pro hac vice*)
**RIVKIN RADLER LLP**
1301 Riverplace Blvd., 10th Floor
Jacksonville, FL 32207-9047
Telephone: (904) 792-8925
Facsimile: (904) 467-3461
kristen.wenger@rivkin.com

/s/ Melissa Clark
Melissa R. Clark
**AHDOOT & WOLFSON, PC**
521 5th Avenue, 17th Floor
New York, NY 10175
Telephone: (917) 336-0171
Facsimile: (917) 336-0177
mclark@ahdootwolfson.com

[1] As noted in the September 11, 2026, Letter Motion so-ordered by the Court: (1) Plaintiffs reserve the right to object to re-opening the deposition of their experts, including Matthew Strebe, and (2) any deposition of Mr. Strebe shall be promptly scheduled for a date mutually agreeable by the parties on or after December 16, 2026. ECF No. 173.

Brian L. Bank
**RIVKIN RADLER LLP**
926 RXR Plaza
Uniondale, NY 11556-0926
Telephone: (516) 357-3000
Facsimile: (516) 357-3333
brian.bank@rivkin.com

James J. Pastore
**DEBEVOISE & PLIMPTON LLP**
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6000
jjpastore@debevoise.com

*Counsel for the GEICO Defendants*

**BERGER MONTAGUE P.C.**
E. Michelle Drake*
Joseph C. Hashmall*
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Telephone: (612) 594-5999
Facsimile: (612) 584-4470
emdrake@bm.net
jhashmall@bm.net

Mark DeSanto*
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
mdesanto@bm.net

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Karen Hanson Riebel*
Kate M. Baxter-Kauf*
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
khriebel@locklaw.com
kmbaxter-kauf@locklaw.com

*Counsel for Plaintiffs and the Proposed Class*

*Admitted *Pro Hac Vice*